# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:12-cr-033-PMP-PAL |
| ARI JAMES LANGNER, ) | |
| Defendant. ) | **ORDER** |

On December 3, 2012, the court granted the "Motion to Withdraw as Counsel" (#29) filed by Robert S. Beckett, Esq. and ordered new counsel appointed. (#30) Therefore;

IT IS HEREBY ORDERED that Shawn R. Perez, Esq. is appointed as counsel in place of Robert S. Beckett, Esq. to represent Ari James Langner for all future proceedings.

IT IS FURTHER ORDERED that Mr. Beckett shall forward the file to Mr. Perez forthwith.

DATED this __5th__ day of December, 2012.

Nunc Pro Tunc Date: December 5, 2012

_____
PHILIP M. PRO
United States District Judge